# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN F. SCHULER, JR.,**

**Defendant.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2255**

**Case No.: 93-cr-105-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

PETER OPPENEER

_____

Peter Oppeneer, Clerk

/s/ S. Vogel

by Deputy Clerk

May 7, 2009

_____

Date